DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AFZAL KHAN<br><br>Defendant(s). | Criminal No. 15-334 (WJM)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant AFZAL KHAN.

Date: August 12, 2022

PHILIP R. SELLINGER
United States Attorney

By: _____
Assistant U.S. Attorney